[Civ. No. 8353. First Appellate District, Division One.—December 19, 1931.]

BAY LAND AND TERMINAL COMPANY (a Corporation), Petitioner, v. SUPERIOR COURT OF SAN MATEO COUNTY et al., Respondents.

Morgan J. Doyle, Walter M. Gleason, Norman J. Ronald and George W. Hickman for Petitioner.

No appearance for Respondents.

THE ▮▮▮▮▮▮▮ The petition for a writ of prohibition is denied under the authority of the following cases: *Brooks* v. *White,* 22 Cal. App. 719 [136 Pac. 500]; *Sormano* v. *Wood,* 179 Cal. 102 [175 Pac. 451]; *Jeffords* v. *Young,* 98 Cal. App. 400 [277 Pac. 163].